IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02680-WDM-BNB

ROSALIE T. MALONEY,

    Plaintiff,

v.

SHANE M. PEET,

    Defendant.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Motion to Dismiss with Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 5, 2009.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge